IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE BAKER, | § | |
| | § | No. 306, 2024 |
| Respondent Below, Appellant, | § | |
| | § | Court Below–the Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| PAMELA F. GLASS, individually and | § | |
| as agent under a durable power of | § | C.A. No. 2020-0381 |
| attorney for STEPHEN FRANGIA, | § | |
| | § | |
| Petitioner Below, Appellee. | § | |
| | § | |

Submitted: January 29, 2025
Decided: February 6, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's post-trial report dated February 9, 2024, and order addressing exceptions dated July 8, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice